STATE of Missouri, Plaintiff/Respondent,

v.

John VOYLES, Defendant/Appellant.

John VOYLES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 63868, 65329.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 4, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 31, 1994.

Tamara Detloff, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., CRANE, P.J., and CRANDALL, J.

PER CURIAM.

A jury convicted defendant of sodomy of a child under fourteen in violation of § 566.060.2,[1] attempted sodomy of a child under fourteen in violation of § 564.011, and sexual abuse in the first degree in violation of § 566.100 and failure to appear in violation of § 544.665. The jury acquitted defendant of an additional count of sodomy.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

---

1. All statutory references are to RSMo, 1986.